IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Patterson, ) | No. CV 11-440-TUC-FRZ (JJM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| American Family Mutual Insurance Co., et al., ) | |
| Defendants. ) | |

Before the Court for consideration is Plaintiff's Motion to Remand and the Report and Recommendation of the United States Magistrate Judge.

This action, originally filed in the Arizona Superior Court in and for the County of Pima and removed to this Court pursuant to 28 U.S.C. § 1332, was referred to Magistrate Judge Jacqueline Marshall for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

Plaintiff filed her Motion to Remand on July 27, 2011.

Upon consideration of Plaintiff's motion, Defendants' opposition and Plaintiff's reply thereto, Magistrate Judge Marshall issued her Report and Recommendation on September 21, 2011, recommending that the District Court, after its independent review of the record, enter an order denying Plaintiff's motion.

1  The Report and Recommendation advised "the parties shall have fourteen (14) days 2 from the date of service of a copy of this recommendation within which to file specific 3 written objections with the District Court. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b), 6(a) 4 and 6(e) of the Federal Rules of Civil Procedure. . . . Failure to timely file objections to any 5 factual or legal determination of the Magistrate Judge may be considered a waiver of a party's 6 right to *de novo* consideration of the issues. *See United States v. Reyna-Tapia* 328 F.3d 7 1114, 1121 (9th Cir. 2003)(*en banc*).

8  No objections were filed.

9  The Court finds, after consideration of the Report and Recommendation, and no 10 objections filed thereto, that the findings of the Magistrate Judge shall be accepted and 11 adopted as the findings of fact and conclusions of law of the Court. Based on the foregoing,

12  IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation 13 (Doc. 13) is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of 14 law by this Court;

15  IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (Doc. 4) is DENIED;

16  IT IS FURTHER ORDERED that this case is referred back to Magistrate Judge 17 Jacqueline Marshall for all pretrial proceedings and report and recommendation in 18 accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of 19 the Rules of Practice of the United States District Court for the District of Arizona, Local 20 Rules of Civil Procedure.

21  All future filings in this case shall be designated: **CV 11-440 TUC-FRZ (JJM)**

23  DATED this 25th day of October, 2011.

Frank R. Zapata
**Senior United States District Judge**